UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
MIGUEL ANGEL MENDEZ CORDOVA

CASE NO. 11-05360-BKT

CHAPTER 13

DEBTOR (S)

NOTICE OF CONTINUANCE OF
341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for Fri Aug 5, 2011 at 1:00 pm has been continued to Thu Aug 18, 2011 at 1:00 pm at Ochoa Bldg., Tanca St., 1Fl., Comercio St. Entrance, San Juan PR 00901.

In San Juan, Puerto Rico this, Monday, July 11, 2011.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535

11-05360-BKT   CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JUAN O CALDERON LITHGOW*<br>PO BOX 1710<br>VEGA BAJA, PR 00694-1710 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | MIGUEL ANGEL MENDEZ CORDOVA<br>PO BOX 4276<br>VEGA BAJA, PR 00694 |
| AT&T MOBILITY PR<br>PO BOX 192830<br>SAN JUAN, PR 00919-2830 | BANCO POPULAR<br>PO BOX 71375<br>SAN JUAN, PR 00936-7077 |
| CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | STERIS CORPORATION<br>5960 HEISLEY RD<br>MENTOR, OH 44060 |

DATED: July 11, 2011

OLGA SOSA
OFFICE OF THE CHAPTER 13 TRUSTEE