# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: MIGUEL ANGEL MENDEZ CORDOVA

Bkrtcy. No. 11-05360-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Jun 26, 2011
Meeting Date: Aug 18, 2011
DC Track No. 19

Days from petition date: 53
Meeting Time: 1:00 PM

910 Days before Petition: 12/28/2008
☐ Chapter 13 Plan Date: Jun 26, 2011 Dkt.# 2
☐ Amended.

This is debtor(s) ___ Bankruptcy petition.
Plan Base: $79,480.00

This is the ___ Scheduled Meeting
Confirmation Hearing Date: Sep 16, 2011
Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. ___ Date ___ Amount ___
Total Paid In: $0.00

### I. Appearances:
☐ Telephone ☐ Video Conference
☒ Debtor Present
☐ Joint Debtor Present
☐ ID & Soc. OK
☐ ID & Soc. OK
☐ Debtor Absent
☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☒ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: ___ ☐ Pro-se.

☐ Creditor(s) present: ☒ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $3,000.00
Paid Pre-Petition: $400.00
Outstanding: $2,600.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.
Liquidation Value: TBD
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)]
Gen. Unsecured Pool: TBD

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.

§341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: September 16, 2011 at 1:00 pm

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308] ___
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
Evidence of income was received yesterday, thus, the Trustee was unable to verify all documents.

Debtor must submit payment within 10 dys.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Aug 18, 2011