IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: MIGUEL ANGEL MENDEZ CORDOVA

Bkrtcy. No. 11-05360-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Jun 26, 2011　　Meeting Date: Sep 16, 2011　　DC Track No. 15

Days from petition date: 82　　Meeting Time: 1:00 PM

910 Days before Petition: 12/28/2008　　☐ Chapter 13 Plan Date: Jun 26, 2011 Dkt.# 2　　☐ Amended.

This is debtor(s) 2nd Bankruptcy petition. (1st was 2000)　　Plan Base: $79,480.00

This is the 2nd Scheduled Meeting　　Confirmation Hearing Date: Oct 21, 2011　　Time: 2:30 PM

Payment(s) ☐ Received or ☑ Evidence shown at meeting:　　Ck/MO No. 18923391292　　Date 9/16/2011　　Amount $408.00　　Total Paid In: $408.00

### I. Appearances:
☑ Debtor Present　　☐ Telephone　☐ Video Conference　　☐ Creditor(s) present:　☑ None.
☑ ID & Soc. OK　　☐ Debtor Absent
☐ Joint Debtor Present　　☐ ID & Soc. OK　　☐ Joint Debtor Absent
Debtor(s) was/were　☑ Examined　☐ Not Examined under oath.
Attorney for Debtor(s)　☑ Present　☐ Not Present
☐ Substitute attorney:　　☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $3,000.00　　Paid Pre-Petition: $400.00　　Outstanding: $2,600.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;　　☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under　☑ Above Median Income.　　Liquidation Value: TBD
Commitment Period is ☐ 36　☑ 60 months.　　[§1325(b)(1)(B)] Gen. Unsecured Pool: TBD
The Trustee ☐ RECOMMENDS　☑ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: ___

### V. Trustee's OBJECTIONS to Confirmation: (S/C)
☑ 1 FEASIBILITY [§1325(a)(6)]　☐ INSUFFICIENTLY FUNDED　☐ To pay §507　☑ Fails Creditor's Best Interest Test §1325(A)(4)
☑ 4 FAILS DISPOSABLE INCOME REQUIREMENTS　☐ Failure to comply with tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements　☐ Plan not filed in Good Faith §1325(a)(3)　☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
1) Debtor did not include salary deductions in Schedule I and therefore, his income is less than that informed. Schedule I must be amended accordingly.
2) Debtor must submit May 27, 2011 paystub.
3) Debtor is not current with mortgage payments.

/s/ José R. Carrión
Trustee　　Presiding Officer　　Page 1 of 2　　Date: Sep 16, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

Debtor must submit evidence of being current with mortgage payments prior to plan confirmation.

4) Utilities and transportation expenses are above IRS standards. Schedule J must be amended accordingly.

5) Debtor must submit comparables or evidence of value assigned to property listed in Schedule A of the bankruptcy petition.

6) Debtor must amend Schedule B to include hereditary property in Bo. Almirante Norte, Vega Baja. Father is deceased, mother lives. There are four siblings. Property is 3 bed/1 bath, concrete. Debtor must submit evidence of value assigned to such property. He believes the same is worth about $75,000.00 - $90,000.00

7) Feasability → Debtor wants to make a lump sum payment of $55,000.00 through the sale or refinance of property. Per schedule, property has no equity. Lump sum is not possible.

Trustee / Presiding Officer     Page 2 of 2     Date: 9/16/2011